## PAPPAS v. WELCH.

No. 6482.

United States Court of Appeals
Fourth Circuit.

Argued Oct. 6, 1952.

Decided Oct. 8, 1952.

Charles Pappas, pro se.

William P. Woolls, Jr., Sp. Asst. to the
U. S. Atty., Alexandria, Va. (A. Carter
Whitehead, U. S. Atty., Richmond, Va.,
on brief), for appellee.

Before PARKER, Chief Judge, and
SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying
a writ of habeas corpus. Applicant was
convicted of assault with intent to commit
rape and was sentenced to a term of im-
prisonment by the United States District
Court for the District of Columbia. He
was confined in the District of Columbia
reformatory at Lorton in the Eastern
District of Virginia and filed petition for a
writ of habeas corpus before one of the
United States District Judges of that Dis-
trict alleging that he had been improperly
convicted. The District Judge dismissed
the petition for failure to make motion
for relief before the sentencing court as
required by 28 U.S.C.A. § 2255. This was
clearly correct. Meyers v. Welch, 4 Cir.,
179 F.2d 707, 708.

Affirmed.